IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE CORTEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARES MANSOUR ALMLAIK | : | NO. 12-5585 |

### ORDER

AND NOW, this 8th day of November, 2012, upon consideration of plaintiff's complaint and her amended motion to proceed in forma pauperis (Document No. 3), IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. This case shall be marked CLOSED.

BY THE COURT:

*/s/ Mary A. McLaughlin*
MARY A. MCLAUGHLIN, J.